IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| ANDREW ROYER, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 3:22-CV-00254 |
| v. | ) | HON. JUDGE JON E. DEGUILIO |
| CITY OF ELKHART, et al., | ) | |
| Defendants. | ) | HON. MAG. JUDGE MICHAEL G. GOTSCH, SR. |

**NOTICE OF CONVENTIONAL FILING**

PLEASE TAKE NOTICE that Plaintiff has manually filed with the Clerk a flash drive with the below-listed exhibit.  These exhibits have been filed conventionally because they contain audio that cannot be converted into an electronic format to file via the CM/ECF filing system of the Northern District of Indiana.

| Exhibit No. | Description |
|---|---|
| 15 | Clip of Audio Recording of August 2022 Meeting with Chief Seymour, Jason Ray, and Joy Phillips |
| | |

Respectfully submitted,

/s/ Elliot Slosar

Jon Loevy
Elliot Slosar
Margeret E. Campbell
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago, Illinois  60607
(312) 243-5900
(312) 243-5902

## **CERTIFICATE OF SERVICE**

I, Elliot Slosar, an attorney, certify that on May 17, 2023, I delivered by electronic means a copy of the foregoing notice to all counsel of record.

/s/ Elliot Slosar