20AC4-1106-PC-325           20A0306O1CR14

```
 1   STATE OF INDIANA     )     IN THE ELKHART CIRCUIT COURT
                          ) SS:
 2   COUNTY OF ELKHART    )     CAUSE NO:  20C01-0309-MR-00155
                          )
 3                        )
     STATE OF INDIANA,    )
 4                        )
                          )
 5        v.              )           ORIGINAL
                          )
 6                        )
     ANDREW M. ROYER,     )
 7                        )
          Defendant.      )
 8
 9
10            Reporter's transcript of the proceedings in the
11   above-entitled matter commenced on Thursday, September 9,
12   2003; Thursday, February 12, 2004; Thursday, July 15,
13   2004; Thursday, July 29, 2004; Thursday, July 28 2005;
14   Thursday, September 1, 2005, before the HONORABLE TERRY
15   C. SHEWMAKER, Judge of the Elkhart Circuit Court, Goshen,
16   Indiana.
17
18
19                                            RECEIVED
                                           STATE OF INDIANA
20                                         CLERK OF COURTS
21                                           JAN 1 9 2006
22   APPEARANCES:
23   FOR THE STATE OF INDIANA: Vicki Elaine Becker
24   FOR THE DEFENDANT:  Christopher C. Crawford
25
```

1

Becker Exhibit 77
7/18/23

ROYER 019161

```
 1          THE COURT:  All right.  Let's hear what you
 2  have to say.
 3          MS. BECKER:  Thank you.  State would agree
 4  there are mitigating circumstances in this case,
 5  specifically the lack of criminal history and one that
 6  was not pointed out earlier: The fact that defendant did
 7  cooperate with the police.  Upon being questioned, the
 8  defendant did provide the detailed information admitting
 9  to the strangling of Helen Sailor; and the state does
10  recognize and respect that.
11          As for mental disability, the State of Indiana
12  does recognize that Mr. Royer does have a mental
13  disability, a very serious mental disability; however, we
14  believe that is mitigated slightly by the fact that he
15  chose from time to time not to take his medication.
16  However, we also have to look at this from the
17  perspective of the two of them together, Lana Canen and
18  Andy Royer, because it took both of them to commit this
19  crime.
20          The State of Indiana does not believe that this
21  crime would have occurred without the influence of Lana
22  Canen upon Mr. Royer; however, Mr. Royer willingly and
23  violently followed Lana Canen's lead.  In the statement,
24  most of which could not be played for the jury that was
25  redacted, he admitted that this was all about Lana Canen
```