IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION

| | |
|---|---|
| ANDREW ROYER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 3:22-CV-254-CCB-MGG |
| DENNIS CHAPMAN, VICKI E. BECKER, in their individual Capacities, and ELKHART COUNTY SHERIFF'S DEPARTMENT, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING

To: Attorneys of Record (See Attached Service List)

**PLEASE TAKE NOTICE** that on **April 4, 2024**, we have electronically filed with the Clerk of the United States District Court, Northern District of Indiana, South Bend Division, **Defendant Dennis Chapman's Motion for Leave to File Its Answer to Plaintiff's Second Amended Complaint,** a true and correct copy of same is attached hereto and hereby served upon you.

Respectfully submitted,

By: _/s/ Laura L. Scarry_
DeANO & SCARRY

Laura L. Scarry
DeAno & Scarry, LLC
111 W. Jackson Blvd.
Suite 1700
Chicago, IL 60604
(630) 690-2800
lscarry@deanoscary.com

## CERTIFICATE OF SERVICE

I, Amy Swalec, a non- attorney, certify that a copy of this Notice of Filing and above-mentioned documents were served upon the attorneys of record and parties via electronic filing (CM/ECF NextGen) on **April 4, 2024.**

_/s/ Amy Swalec_

1

## SERVICE LIST

Re:  Andrew Royer
     Court No. 22 CV 00254

***Attorneys for Plaintiff, Andrew Royer***
Jon Loevy
Margaret E Campbell
Elliot R Slosar
Loevy & Loevy
311 N Aberdeen St, 3rd Floor
Chicago, IL 60607
312-243-5900
Fax: 312-243-5902
jon@loevy.com
campbell@loevy.com
elliot@loevy.com

***Attorney For Defendant, Vicki E Becker,***
Adrienne Pope
Gustavo A. Jimenez
Indiana Attorney General's Office - IAG/302
Indiana Government Center South
302 W Washington St 5th Fl
Indianapolis, IN 46204-2770
317-233-0878
Fax: 317-232-7979
Adrienne.Pope@atg.in.gov
gustavo.jimenez@atg.in.gov