UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ANDREW ROYER,<br><br>　　Plaintiff<br><br>v.<br><br>DENNIS CHAPMAN, VICKI E. BECKER, in their individual capacities, and ELKHART COUNTY SHERIFF'S DEPARTMENT,<br><br>　　Defendants | Case No. 3:22-cv-254-CCB-SLC |

**NOTICE OF SETTLEMENT**

　　Plaintiff Andrew Royer and Defendants Dennis Chapman and Elkhart County Sheriff's Department, by counsel, notify the Court that Andrew Royer's claims against Dennis Chapman and Elkhart County Sheriff's Department have been settled and that they anticipate filing further documentation regarding dismissal within sixty days of today's date.

　　DATED: February 7, 2025

LOEVY & LOEVY
Attorneys for Plaintiff Andrew Royer

*/s/ Elliot R. Slosar (with permission)*
Jon Loevy
Elliot R. Slosar
Margaret E. Campbell
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
(312) 243-5900
jon@loevy.com
elliot@loevy.com
campbell@loevy.com

YODER AINLAY ULMER & BUCKINGHAM, LLP
Attorneys for Defendant Elkhart County Sheriff's Department

*/s/ Nathaniel M. Jordan*
Michael F. DeBoni, 12434-20
Nathaniel M. Jordan, 23625-20
Nicholas J. Gerstbauer, 38198-71
130 N. Main Street
Goshen, IN 46526
(574) 533-1171
michael.deboni@ya.law
nat.jordan@ya.law
nicholas.gerstbauer@ya.law


DEANO & SCARRY, LLC
Attorneys for Defendant Dennis Chapman

*/s/ Laura L. Scarry (with permission)*
Laura L. Scarry
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
(630) 690-2800
lscarry@deanoscarry.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 7, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all CM/ECF participants of record in this case.

*/s/ Nathaniel M. Jordan*
Nathaniel M. Jordan