UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ANDREW ROYER, | |
| Plaintiff | |
| v. | Case No. 3:22-cv-254-CCB-SLC |
| CITY OF ELKHART, ET AL., | |
| Defendants | |

## <u>ORDER</u>

For the second time in this case, a stipulation has been filed seeking to dismiss some, but not all, defendants. Specifically, Plaintiff Andrew Royer ("Royer"), Defendant Dennis Chapman ("Chapman"), and Defendant Elkhart County Sheriff's Department ("Sheriff's Department") filed their Joint Stipulation for Dismissal with Prejudice of Chapman and the Sheriff's Department and for Royer's Leave to Amend under Rule 15(a). (ECF 242). As this Court explained in response to the first stipulation to dismiss, Fed. R. Civ. P. 41(a) "is not the proper vehicle for dropping individual parties or claims; instead, courts should allow a plaintiff to amend his complaint under Federal Rule of Civil Procedure 15(a)." (ECF 182 at 1–2 (citing *Taylor v. Brown*, 787 F.3d 851, 857 (7th Cir. 2015)).

Therefore, Royer is **GRANTED** leave to amend his pending Amended Complaint (DE 202) under Rule 15(a) for the limited purpose of revising it to reflect the dismissal with prejudice of Chapman and the Sheriff's Department. Royer is **DIRECTED** to file the amendment by **April 18, 2025**. Once Royer's amended complaint

has been filed, the prior pleading will be withdrawn by operation of law thereby confirming the dismissals of Chapman and the Sheriff's Department. *See Johnson v. Dossey*, 515 F.3d 778, 780 (7th Cir. 2008); *see also Duda v. Bd. of Educ. of Franklin Park Pub. Sch. Dist. No. 84*, 133 F.3d 1054, 1057 (7th Cir. 1998). The settlement agreement between Royer, Chapman, and the Sheriff's Department, as referenced in the Joint Stipulation, will govern the terms of the dismissals.

SO ORDERED on March 26, 2025.

s/ Cristal C. Brisco
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT

Page 2 of 2