Hossack, Ashley

---

**From:** Carlisle, Alexander R
**Sent:** Monday, April 21, 2025 5:33 PM
**To:** Elliot Slosar
**Cc:** Hossack, Ashley
**Subject:** RE: Royer MSJ extension

Elliot,

There is good cause for the extension because of many competing deadlines, the volume of discovery in this case, and complexity of the legal issues. The plaintiff will not be prejudiced in any manner. With this additional information, please advise the plaintiff's position. Thanks.

**Alexander Carlisle**
Assistant Section Chief, Government Litigation
Office of Attorney General Todd Rokita
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, IN 46204
p: 317.234.6667 | f: 317.232.7979
alexander.carlisle@atg.in.gov

---

**From:** Elliot Slosar <elliot@loevy.com>
**Sent:** Monday, April 21, 2025 5:21 PM
**To:** Carlisle, Alexander R <Alexander.Carlisle@atg.in.gov>
**Cc:** Hossack, Ashley <Ashley.Hossack@atg.in.gov>
**Subject:** Re: Royer MSJ extension

**EXTERNAL EMAIL:** This email was sent from outside your organization. Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

Alex:

These deadlines have been in place for a lengthy period of time. No justifiable basis has been provided. We are not agreeable.

Take care,

Elliot

---

**Elliot Slosar (Bio)** (He/Him)
Office: (312) 243-5900
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com

On Mon, Apr 21, 2025 at 5:13 PM Carlisle, Alexander R <Alexander.Carlisle@atg.in.gov> wrote:

> Elliot,

1

EXHIBIT 1

We are going to ask the court for a 30-day extension to file a summary judgment brief on behalf of Vicki Becker in Royer. The current deadline is May 1 per dkt. 198, which would make the extended deadline May 31. Can you please indicate the plaintiff's position on that extension request? Thank you.

**Alexander Carlisle**

Assistant Section Chief, Government Litigation

Office of Attorney General Todd Rokita

Indiana Government Center South, Fifth Floor

302 West Washington Street

Indianapolis, IN 46204

p: 317.234.6667 | f: 317.232.7979

alexander.carlisle@atg.in.gov

EXHIBIT 1